WILLIAM WIMMER v. J. A. KEY.[1]

November 14, 1902.

Nos. 13,343—(178).

Account Books.

    Account books are inadmissible in evidence as proof of an alleged indebtedness, unless the provisions of G. S. 1894, § 5738, are substantially complied with.

[1] Reported in 92 N. W. 228.

Appeal by plaintiff from a judgment of the district court for Stearns county, Searle, J., reversing a judgment of a justice of the peace in favor of plaintiff. Affirmed.

*W. F. Donohue*, for appellant.

*Stewart & Brower*, for respondent.

PER CURIAM.

The district court could not do otherwise than reverse the judgment entered against defendant in justice court upon, at least, one ground, namely, the manifest error upon the part of the justice when admitting in evidence plaintiff's account books, without a proper foundation being laid therefor. No attempt was made by his counsel to comply with the provisions of G. S. 1894, § 5738, and without a substantial compliance with this statute the books were inadmissible as evidence of the alleged indebtedness.

Judgment affirmed.